QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-0317 LKK |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| JASON WILKISON, ) | |
| ) | Date:  April 19, 2005 |
| Defendant. ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kymberly A. Smith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the hearing scheduled for April 19, 2005, at 9:30 a.m., be vacated, and that the matter be placed on this court's regular criminal calendar on June 7, 2005, at 9:30 a.m. for status conference.

This continuance is sought by the parties to accommodate the unavailability of government counsel on April 19, 2005, and by defense to complete presentation to and consideration by the government of a proposal for resolution of the case without litigation of motions or trial.

June 7, 2005, is requested rather than an earlier May date

because of the unavailability of both counsel from May 24, 2005, to approximately May 30, 2005, because of a trial set before the Hon. William B. Shubb in United States v. Campbell.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be excluded from April 19, 2005, through June 7, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4, for continuity of counsel and for further time to prepare.

The court is advised that counsel for the parties have conferred and that Ms. Smith has authorized Mr. Staniels to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: April 14, 2005          /S/
                               Kymberly A. Smith
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: April 14, 2005          /S/
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               JASON S. WILKISON

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 15, 2005          /s/Lawrence K. Karlton
                               Hon. Lawrence K. Karlton
                               Senior Judge
                               United States District Court

Stipulation & Order                    2