QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #9141
Assistant Federal Defender
Designated Counsel for Service

801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-0317 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| JASON WILKISON, | ) | |
| | ) | Judge:   Hon. Lawrence K. Karlton |
| Defendant. | ) |           (In Chambers) |
| _____ | ) | |

This matter came on for a Status Conference on June 7, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney, Carolyn Delaney, appearing specially for Assistant United States Attorney, Kymberly A. Smith. The defendant JASON WILKISON was not present, not in custody, a waiver of presence having been filed with the clerk, CR 13, and was represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

The defense requested a continuance for investigation in support of a planned proposed resolution of the case until June 21, 2005. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed to on the record to permit time for the requested additional defense investigation.

**IT IS THEREFORE ORDERED** that this matter be continued to this court's criminal calendar on June 21, 2005 at 9:30 a.m.

**IT IS FURTHER ORDERED** that the period from June 7, 2005, to and including June 21, 2005, is excluded from the time computations pursuant to 18 U.S.C. §§3161(h)(8)(A)&(B)(iv), Local Codes T-4, due to ongoing investigation and preparation of counsel.

**IT IS SO ORDERED.**

By the Court,

DATED: June 9, 2005        /s/Lawrence K. Karlton
                           HON. LAWRENCE K. KARLTON
                           Senior Judge
                           United States District Court