QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #9141
Assistant Federal Defender
Designated Counsel for Service

801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0317 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER SETTING TRIAL DATE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| JASON WILKISON, | ) | |
| | ) | Judge:   Hon. Lawrence K. Karlton |
| Defendant. | ) |            (In Chambers) |
| _____ | ) | |

    This matter came on for a Status Conference on August 2, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney, Kymberly A. Smith.  The defendant JASON WILKISON was not present, not in custody, a waiver of presence having been filed with the clerk, CR 13, and was represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

In response to the joint request of the parties, the court set a jury trial date of October 18, 2005, at 10:30 a.m. and a trial confirmation hearing for October 4, 2005, at 9:30 a.m. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, until October 18, 2005, was agreed to on the record to permit time for trial related defense preparation.

**IT IS SO ORDERED.**

By the Court,

DATED: August 3, 2005        /s/Lawrence K. Karlton
                             HONORABLE LAWRENCE K. KARLTON
                             Senior Judge
                             United States District Court