QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #9141
Assistant Federal Defender
Designated Counsel for Service

801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0317 LKK |
| Plaintiff, | ) | |
| | ) | ORDER VACATING AND RESETTING |
| v. | ) | DATES AND EXCLUDING TIME |
| | ) | |
| JASON WILKISON, | ) | Judge:   Hon. Lawrence K. Karlton |
| Defendant. | ) |          (In Chambers) |
| _____ | ) | |

    This matter came on for trial confirmation on October 4, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney, Kymberly A. Smith.  The defendant JASON WILKISON was present, not in custody, and was represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    In response to the request of the defense, the date previously set for jury trial, October 18,

2005, at 10:30 a.m., was vacated in order to permit the defense to arrange for a video deposition of an incapacitated witness. New dates of November 8, 2005, at 9:30 a.m. for trial confirmation , and of December 6, 2005, at 10:30 a.m. for jury trial were set. The court ordered that any motions in limine be filed before the trial confirmation hearing, that the government respond 10 days thereafter, and that any such motions be heard on the first day of trial.

The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, until December 6, 2005, was agreed to on the record to permit time for trial related defense preparation.

**IT IS SO ORDERED.**

By the Court,

DATED: October 6, 2005
/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior Judge
United States District Court