```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYMBERLY A. SMITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2771
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff            )  CR. NO. S-04-317 LKK
                                 )
13                               )  JOINT STIPULATION AND
        v.                       )  ORDER VACATING AND RESETTING
14                               )  TRIAL DATES AND EXCLUDING TIME
                                 )
15  JASON S. WILKISON            )  DATE: November 8, 2005
                                 )  TIME: 9:30 a.m.
16          Defendant.           )
                                 )  Honorable Lawrence K. Karlton
17                               )
    _____)
18
```

COMES NOW the United States by and through its attorneys McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney, for said district, as well as counsel for the defendant, Jeffrey L. Staniels, and respectfully request that the trial in the above-referenced matter be rescheduled, from December 6, 2005, at 10:30 a.m., to January 10, 2006, at 10:30 a.m., due to a scheduling conflict. The parties also request that the trial confirmation hearing currently scheduled for November 8, 2005, be vacated and rescheduled to December 13, 2005, at 9:30 a.m. The parties also

1

1 | request an exclusion of time for trial under 18 U.S.C. §
2 | 3161(h)(8)(iv), Local Code T-4 (preparation of counsel), from
3 | December 6, 2005, and through January 10, 2006, to allow time to
4 | prepare for this trial. Defense counsel has consulted with his
5 | client, JASON S. WILKISON, and the defendant has no objection to
6 | this request.

DATED: October 17, 2005        McGREGOR W. SCOTT
                               United States Attorney

                          By:  /s/ Kymberly A. Smith
                               KYMBERLY A. SMITH
                               Assistant U.S. Attorney

DATED: October 17, 2005        /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Public Defender

2

**ORDER**

Upon review of the parties' request to reschedule the date of the trial in the above captioned matter and for good cause shown, the current trial date of December 6, 2005, at 10:30 a.m., be and the same hereby is, **VACATED.** A new trial date is scheduled for January 10, 2006, at 10:30 a.m.

It is **FURTHER ORDERED** that the trial confirmation hearing currently scheduled for November 8, 2005, at 9:30 a.m., be and the same hereby is, **VACATED** and continued to December 13, 2005, at 9:30 a.m., all parties are ordered to be present.

It is **FURTHER ORDERED** that any *motion in limine* shall be filed, if at all, at or before the time and date of the trial confirmation hearing. Response to any such motion is due on December 29, 2005, and any reply thereto is due January 6, 2006.

It is **FURTHER ORDERED** that the time will continue to be excluded from December 6, 2005, until January 10, 2006, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED: October 17, 2005    /s/ Lawrence K. Karlton
                           HONORABLE LAWRENCE K. KARLTON
                           Senior Judge
                           United States District Court