```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>  v.<br><br>JASON S. WILKISON<br><br>      Defendant. | CR. NO. S-04-317 LKK<br><br>JOINT STIPULATION AND ORDER VACATING AND RESETTING TRIAL DATES AND EXCLUDING TIME<br><br>DATE: December 13, 2005<br>TIME: 9:30 a.m.<br><br>Honorable Lawrence K. Karlton |

COMES NOW the United States by and through its attorneys McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney, for said district, as well as counsel for the defendant, Jeffrey L. Staniels, and respectfully request that the trial in the above-referenced matter be rescheduled, from January 10, 2006, at 10:30 a.m., to January 31, 2006, at 10:30 a.m., due to a scheduling conflict, and to give the parties an opportunity to determine whether they can jointly stipulate to the defendant requesting that this Court allow the deposition of a witness pursuant to Federal

1  Rule of Criminal Procedure 15.
2      The parties also request that the trial confirmation hearing
3  currently scheduled for December 13, 2005, be vacated and
4  rescheduled to January 10, 2006, at 9:30 a.m.  The parties also
5  request an exclusion of time for trial pursuant to 18 U.S.C. §
6  3161(h)(8)(iv), Local Code T-4 (preparation of counsel), from
7  January 10, 2006, to and through January 31, 2006, to allow the
8  parties the opportunity to resolve the issues related to the
9  proposed deposition of a defense witness, and to prepare for this
10 trial. Defense counsel has consulted with his client, JASON S.
11 WILKISON, and the defendant has no objection to this request.
12
13 DATED: November 8, 2005            McGREGOR W. SCOTT
                                      United States Attorney
14
15                                    By:  /s/ Kymberly A. Smith
                                      KYMBERLY A. SMITH
16                                    Assistant U.S. Attorney
17
   DATED: November 8, 2005            /s/ Jeffrey L. Staniels
18                                    Jeffrey L. Staniels
                                      Assistant Federal Public Defender
19
20
21
22
23
24
25
26
27
28

2

**ORDER**

Upon review of the parties' request to reschedule the date of the trial in the above captioned matter and for good cause shown, the current trial date of January 10, 2006, at 10:30 a.m., be and the same hereby is, **VACATED.**  A new trial date is scheduled for January 31, 2006, at 10:30 a.m.

It is **FURTHER ORDERED** that the trial confirmation hearing currently scheduled for December 13, 2005, at 9:30 a.m., be and the same hereby is, **VACATED** and continued to January 10, 2006, at 9:30 a.m., all parties are ordered to be present.

It is **FURTHER ORDERED** that any *motion in limine* shall be filed, if at all, at or before the time and date of the trial confirmation hearing.  Response to any such motion is due on January 24, 2006, and any reply thereto is due January 27, 2006.

It is **FURTHER ORDERED** that the time will continue to be excluded from January 10, 2006, until January 31, 2006, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

November 8, 2005          /s/Lawrence K. Karlton
                          HONORABLE LAWRENCE K. KARLTON
                          Senior Judge
                          United States District Court