DENNIS S. WAKS, Bar #142581
Acting Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON WILKISON,<br><br>　　　　　Defendant.<br>_____ | No. 2:04-cr-0317 LKK<br><br>STIPULATION AND ORDER VACATING DATES, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:  January 10, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　　**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kymberly A. Smith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the trial confirmation hearing scheduled for January 10, 2006, at 9:30 a.m., and the jury trial scheduled for January 24, 2006, be vacated, and that the matter be rescheduled for trial confirmation on February 28, 2006, at 9:30 a.m. and for jury trial on March 21, 2006, at 10:30 a.m.

　　　This continuance is sought by the parties to permit the conduct of a video deposition which was delayed to accommodate the schedule of Magistrate Judge Hollows who has agreed to preside at the deposition, and to permit completion of trial preparation.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, 18 U.S.C. § 3161 *et. seq.* be excluded from January 10, 2006,
3 through March 21, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),
4 Local Code T-4, for further time to prepare.
5   The court is advised that counsel for the parties have
6 conferred and that Ms. Smith has authorized Mr. Staniels to sign this
7 stipulation on her behalf.
8   **IT IS SO STIPULATED.**
9
10 Dated: January 9, 2006          /S/Kymberly A. Smith
                                    Kymberly A. Smith
11                                  Assistant United States Attorney
                                    Counsel for Plaintiff
12
13
14 Dated: January 9, 2006          /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
15                                  Assistant Federal Defender
                                    Attorney for Defendant
16                                  JASON S. WILKISON
17
                            **O R D E R**
18
19   **IT IS SO ORDERED.**
20                     By the Court,
21
22 Dated: January 9, 2006          /s/ Lawrence K. Karlton
                                    Hon. Lawrence K. Karlton
23                                  Senior Judge
                                    United States District Court
24
25
26
27
28

Stipulation & Order                    2