```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>JASON WILKISON,               )<br>                              )<br>            Defendant.        )<br>_____) | No. 2:04-cr-0317 LKK<br><br>ORDER CONSENTING TO VIDEO<br>DEPOSITION<br><br>Judge:  Hon. Lawrence K. Karlton<br>         (In Chambers) |

   Acting through their respective counsel, Assistant United States Attorney Kymberly A. Smith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, the parties have agreed to take the video deposition of a medically incapacitated defense witness Phyllis Brown, and have scheduled it to be taken at the witness' nursing home in Grass Valley, California, on February 17, 2006.

   Federal Rule of Criminal Procedure 15(h) permits the taking and use of a deposition by agreement of the parties and with the court's consent.  Trial confirmation in the above matter is now scheduled for February 28, 2006; trial is scheduled for March 21, 2006.

   Pursuant to the parties' request and as provided in Federal

Rule of Criminal Procedure 15(h) the Court hereby consents to the taking of the agreed upon deposition and the use of relevant portions of that deposition at trial in lieu of the personal appearance of the witness.

**IT IS SO ORDERED.**

By the Court,

Dated: February 6, 2006        /s/ Lawrence K. Karlton
                                Hon. Lawrence K. Karlton
                                Senior Judge
                                United States District Court