```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2

 3
    JEFFREY L. STANIELS, Bar #91413
 4  Assistant Federal Defender
    Designated Counsel for Service
 5  801 I Street, 3rd Floor
    Sacramento, California 95814
 6  Telephone: (916) 498-5700

 7

 8  Attorney for Defendant
    JASON WILKISON
 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14  UNITED STATES OF AMERICA,      ) No. 2:04-cr-0317 LKK
                                   )
15              Plaintiff,         )
                                   ) AMENDED ORDER RESETTING TRIAL
16      v.                         ) CONFIRMATION AND SCHEDULE FOR IN
                                   ) LIMINE MOTIONS
17  JASON WILKISON,                )
                                   ) Judge: Hon. Lawrence K. Karlton
18              Defendant.         )        (In Chambers)
    _____)
19

20
            Pursuant to the joint request of the parties, the schedule
21
    for trial confirmation and filing of in limine motions in the above
22
    case is hereby modified as follows:
23
            The trial confirmation hearing now scheduled for February 28,
24
    2006, at 9:30 a.m.,  is hereby VACATED.  Trial Confirmation is hereby
25
    set for **March 7, 2006, at 9:30 a.m.**
26
            In limine motions by either party are to be filed not later
27
    than the end of business on **March 9, 2006.**  Oppositions or statements
28
```

1 of nonopposition are to be filed not later than 4:00 p.m. on **March 17,**
2 **2006.**  Hearing on the motions will occur on the first day of trial,
3 **March 21, 2006.**
4        **IT IS SO ORDERED.**

                       By the Court,

Dated: February 23, 2006      /s/ Lawrence K. Karlton
                                      Hon. Lawrence K. Karlton
                                      Senior Judge
                                      United States District Court