DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-0317 LKK |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | Judge:  Hon. Lawrence K. Karlton |
| JASON WILKISON, ) | (In Chambers) |
| Defendant. ) | |
| _____ ) | |

Following a hearing and rulings on *in limine* motions, the court granted the defense request to vacate the trial date of March 21, 2006, and to continue the case to permit further investigation of recently disclosed information.

This case is now scheduled for trial on May 9, 2006, at 10:00 a.m.  Time for trial under the Speedy Trial Act is excluded between March 20, 2006 and May 9, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: March 23, 2006          /s/ Lawrence K. Karlton
                               Hon. Lawrence K. Karlton
                               Senior Judge
                               United States District Court