1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 551-2771



MAY 10 2006



8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )   CR. No. S-04-0317 LKK
                                )
12              Plaintiff,      )
                                )   PARTIES JOINT STIPULATION AS
13      v.                      )      TO RENUMBERING THE 3rd
                                )   SUPERSEDING INDICTMENT
14 JASON WILKISON,              )
                                )   Date: May 10, 2006
15              Defendant.      )   Time: 9:15 a.m.
                                )   Ctrm: Hon. Lawrence K. Karlton
16 _____)

17      The United States of America by and through its attorneys,
18 MCGREGOR W. SCOTT, United States Attorney for the Eastern
19 District of California, and KYMBERLY A. SMITH, Assistant United
20 States Attorney, and defense counsel JEFFREY STANIELS, and
21 respectfully requests that this Court re-number the counts in the
22 indictment, pursuant to this Court's recent rulings severing
23 Counts Three and Four from the Third Superseding Indictment, and
24 pursuant to the government's request that Count Two of the same
25 indictment be dismissed.
26 ///
27 ///
28 ///

1  Accordingly, Count One will remain the same. Count Five
2  will now be Count Two, and Count Six will now be Count Three. The
3  parties believe that this will allow a more efficient
4  presentation of this case.

6  Dated: May 10, 2006                    Respectfully Submitted,

8                                          McGREGOR W. SCOTT
                                           United States Attorney

11                                  By:    /s/ Kymberly A. Smith
                                           KYMBERLY A. SMITH
12                                         Assistant U.S. Attorney

13  Dated: May 10, 2006

14                                         _____
                                           JEFFREY STANIELS
15                                         Assistant Federal Public
                                           Defender

20                  IT IS SO ORDERED
21  5/10/06  [signature]