1 DANIEL J. BRODERICK, #89424
Acting Federal Defender
2 JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

Attorney for Defendant
6 JASON WILKISON

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. 2:04-CR-0317 LKK
                                 )
12              Plaintiff,       )
                                 )   ORDER
13       v.                      )
                                 )
14 JASON WILKISON,               )
                                 )
15              Defendant.       )
   _____

16

17       The request of the defendant for permission to supplement and/or to submit a

18 memorandum in support of his motion for judgment of acquittal and for a new trial not later than

19 the end of business on June 23, 2006, is hereby GRANTED.  The following schedule is set for

20 hearing on defendant's Motion: The government's response shall be filed by end of business on

21 July 7, 2006.  Defendant's reply, if any, shall be filed by end of business on July 14, 2006.  The

22 Motion shall be heard on July 25, 2006 at 9:30 a.m. in Courtroom No. 4 .

23

24       **IT IS SO ORDERED.**

25 Date:  May 25, 2006

26                                              _____
                                                LAWRENCE K. KARLTON
27                                              SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT
28