DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0317 LKK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| | ) | Judge:  Hon. Lawrence K. Karlton |
| JASON WILKISON, | ) | (In Chambers) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　On May 3, 2006, this court entered an order granting defendant's motion to sever counts 3 and 4 of the Third Superseding Indictment. CR 88.  Following trial on the remaining counts, the court, by minute order filed May 22, 2006, CR 113, set a status conference for May 31, 2006, at 9:30 a.m. to determine the status with respect to counts 3 and 4.

　　Having now been advised that defense counsel will be out of the district and unavailable to appear on that date, the status conference is hereby rescheduled for June 6, 2006, at 9:30 a.m.

1    Time for trial under the Speedy Trial Act is excluded between May
2 31, 2006 and June 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
3 (B)(iv), Local Code T-4, due to the unavailability of defense counsel.
4    **IT IS SO ORDERED.**

By the Court,

Dated: May 26, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order Continuing Status Conference
and Excluding Time                        2