```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-04-317 LKK |
| | ) | |
| Plaintiff, | ) | JOINT STIPULATION TO CONTINUE |
| | ) | SENTENCING, CONTINUE HEARING ON |
| v. | ) | DEFENDANT'S MOTION FOR DIRECTED |
| | ) | VERDICT AND FOR A NEW TRIAL, AND |
| JASON WILKISON, | ) | TO CONTINUE THE BRIEFING SCHEDULE |
| | ) | |
| Defendant. | ) | Date: September 12, 2006 |
| | ) | Time; 9:00 a.m. |
| | ) | Ctrm: Hon. Lawrence K. Karlton |

The United States of America, through its counsel, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney, and defendant Jason Wilkison, through his counsel, Jeffrey L. Staniels, Assistant Federal Defender, hereby submit this joint stipulation to continue sentencing, continue hearing on defendant's motion for directed verdict and for a new trial, and to continue the briefing schedule.

The reasons for these requested continuances are as follows:

1.  The Presentence Report (PSR) in this case has not been completed. In conferring with the U.S. Probation Officer assigned to this case, Linda Algers, this report is not expected to be

complete for a minimum of four additional weeks.

2. The delay in completing the PSR is due in part to the defendant's request for additional time to gather and to present supplemental information to Ms. Algers before the PSR can be finalized.

3. Additionally, counsel for the government has been out of the office from June 30 through July 6th, 2006, due in part to an unexpected matter out of this district and today is her first day back in the office.  Counsel for the government is also scheduled to be out of the office for a volunteer program the weeks of July 10, 2006, and July 31, 2006.

4. Counsel for the government also has several matters on docket including a response in a complex wire-fraud case and a response to an immigration appeal, both due at the end of this month.

5. Ms. Algers, the Probation Officer in this matter, is also scheduled to be out of her office for her pre-scheduled vacation during this intervening time-period, and as stated, is waiting for documentation from the defendant to complete her Presentence Report.

6. The defendant is currently out of custody pending sentencing in this matter.

7. While the defendant was given approximately 30 days to file his motion for a directed verdict and for a new trial, the government was given only two weeks to respond.  One of these weeks included a federal holiday.

8. Neither the government, not the defendant, not Probation, oppose this request.

///

The parties would request the following schedule:

| | |
|---|---|
| Sentencing Hearing | September 26, 2006 |
| Hearing on Defendant's Motion for Directed Verdict and For a New Trial | September 12, 2006 |
| Government's Response to Defendant's Motion For a New Trial | August 29, 2006 |
| Defendant's Reply, if any | September 5, 2006 |

This request is reasonable and should be granted in the furtherance of justice.

To expedite this stipulation and order, defense counsel has authorized Assistant U.S. Attorney Kymberly A. Smith to sign on his behalf.

DATED: July 7, 2006                     Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                   By:  s/Kymberly A. Smith
                                        KYMBERLY A. SMITH
                                        Assistant U.S. Attorney

DATED: July 7, 2006
                                   By:  s/Jeffrey A. Staniels
                                        JEFFREY A. STANIELS
                                        Assistant U.S. Attorney

_____

**ORDER**

**IT IS SO ORDERED,**

DATED: July 7, 2006

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

3