```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON WILKISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-0317 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | SCHEDULE FOR OBJECTIONS TO AND |
| v. ) | DISCLOSURE OF PRESENTENCE REPORT |
| ) | AND FOR FURTHER PROCEEDINGS |
| JASON WILKISON, ) | |
| ) | Judge:   Hon. Lawrence K. Karlton |
| Defendant. ) | (In Chambers) |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kymberly A. Smith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the following modified schedule for disclosure of the presentence report and for further proceedings be adopted:

| | |
|---|---|
| Informal objections to Presentence Report by | October 17, 2006 |
| Final Presentence Report by | October 31, 2006 |
| Formal Objections & Motions to Correct Presentence Report by | November 14, 2006 |
| Judgment & Sentencing | November 28, 2006 |

**IT IS SO STIPULATED**.

Dated: September 25, 2006     /S/Kymberly A. Smith
                              Kymberly A. Smith
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated: September 25, 2006      /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JASON S. WILKISON

# O R D E R

The above stipulation by the parties modifying the schedule for objections to and disclosure of the Presentence Report is hereby accepted.  The above case shall be calendared for judgment and sentencing on November 28, 2006 at 9:30 a.m. on this court's regular criminal calendar.

**IT IS SO ORDERED.**


                              By the Court,


Dated: September 25, 2006

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT