1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JASON WILKISON

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:04-cr-0317 LKK
                                  )
14              Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                  ) DATE FOR SENTENCING
15      v.                        )
                                  )
16 JASON WILKISON,                ) Date:   November 28, 2006
                                  ) Time:   9:30 a.m.
17              Defendant.        ) Judge:  Hon. Lawrence K. Karlton
   _____ )
18

19
        **IT IS HEREBY STIPULATED** by and between Assistant United States
20
   Attorney Carolyn Delaney, counsel for plaintiff, and Assistant Federal
21
   Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON,
22
   that the date for judgement and sentencing be continued from November
23
   28, 2006, until December 19, 2006, at 9:30 a.m.
24
   ////
25
   ////
26
   ////
27
   ////
28

1   This continuance is requested by the defense in order to permit

2   completion of a sentencing memorandum and receipt of letters of support

3   on behalf of Mr. Wilkison.

4   **IT IS SO STIPULATED**.

5

6

7   Dated: November 21, 2006          /S/Carolyn Delaney
                                        Carolyn Delaney
8                                       Assistant United States Attorney
                                        Counsel for Plaintiff
9

10

11  Dated: November 21, 2006          /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
12                                      Assistant Federal Defender
                                        Attorney for Defendant
13                                      JASON S. WILKISON

14

15                              **O R D E R**

16      The above stipulation by the parties is hereby accepted.  The

17  above case shall be calendared for judgment and sentencing on December

18  19, 2006 at 9:30 a.m. on this court's regular criminal calendar.

19      **IT IS SO ORDERED.**

20                              By the Court,

21

22  Dated: November 27, 2006

23

24

25  LAWRENCE K. KARLTON
    SENIOR JUDGE
26  UNITED STATES DISTRICT COURT

27

28

Stipulation and Order
Modifying Schedule                    2