```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JASON WILKISON
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0317 LKK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING DATE FOR SENTENCING |
| v. | ) ) | |
| JASON WILKISON, | ) ) | Date:  December 19, 2006  Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the date for judgement and sentencing be continued from December 19, 2006, until, January 17, 2007, at 9:30 a.m.

////

////

////

////

1     This continuance is requested by the defense in order to permit
2  completion of a sentencing memorandum and receipt of letters of support
3  on behalf of Mr. Wilkison.
4     **IT IS SO STIPULATED**.

5

6  Dated: December 13, 2006          /S/Carolyn Delaney
                                     Carolyn Delaney
7                                    Assistant United States Attorney
                                     Counsel for Plaintiff
8

9

10 Dated: December 13, 2006          /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
11                                   Assistant Federal Defender
                                     Attorney for Defendant
12                                   JASON S. WILKISON

13

14                              **O R D E R**

15    The above stipulation by the parties is hereby accepted.  The
16 above case shall be calendared for judgment and sentencing on January
17 17, 2007, at 9:30 a.m. on this court's regular criminal calendar.
18    **IT IS SO ORDERED.**
19                        By the Court,

20

21 Dated: December 13, 2006

22

23                                   _____
                                     LAWRENCE K. KARLTON
24                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

25

26

27

28

Stipulation and Order
Modifying Schedule                 2