```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON WILKISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0317 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | DATE FOR SENTENCING |
| v. | ) | |
| | ) | |
| JASON WILKISON, | ) | Date:   January 17, 2007 |
| | ) | Time:   9:30 a.m. |
| Defendant. | ) | Judge:  Hon. Lawrence K. Karlton |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Laura Ferris, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the date for judgment and sentencing be continued from January 17, 2007, until February 13, 2007, at 9:30 a.m.

This continuance is jointly requested by the parties. Trial Counsel for Plaintiff recently resigned from the office, and new counsel, Ms. Ferris, needs time to familiarize herself with the case and the issues which will arise in connection with sentencing. Defense

1 counsel joins the request in order to permit completion of a sentencing
2 memorandum and to permit consultation with government counsel with
3 respect to the sentencing issues.
4     **IT IS SO STIPULATED**.
5
6 Dated: January 11, 2007     /S/Laura Ferris
                                        Laura Ferris
7                                             Assistant United States Attorney
                                            Counsel for Plaintiff
8
9
10 Dated: January 11, 2007     /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
11                                             Assistant Federal Defender
                                            Attorney for Defendant
12                                             JASON S. WILKISON
13
14                               **O R D E R**
15     The above stipulation by the parties is hereby accepted.  The
16 above case shall be calendared for judgment and sentencing on February
17 13, 2007, at 9:30 a.m. on this court's regular criminal calendar.
18     **IT IS SO ORDERED.**
19                              By the Court,
20
21 Dated: January 11, 2007
22
23                                       LAWRENCE K. KARLTON
                                      SENIOR JUDGE
24                                       UNITED STATES DISTRICT COURT
25
26
27
28

Stipulation and Order
Modifying Schedule               2