DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-cr-0317 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) DATE FOR SENTENCING |
| v. | ) |
| JASON WILKISON, | ) Date: February 13, 2007 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the date for judgment and sentencing be continued from February 13, 2007, until February 22, 2007, at 9:30 a.m.

This continuance is jointly requested by the parties. Trial Counsel for Plaintiff recently resigned from the office, and new counsel, Assistant U.S. Attorney Carolyn Delaney, who just recently filed her appearance in the case, is out of the office and unavailable

until February 5, 2007.  Discussions between counsel have established that a sentencing memorandum on behalf of Mr. Wilkison, which is in progress, would not be available to Ms. Delaney before her departure. Defense counsel joins the request in order to permit completion of a sentencing memorandum before Ms. Delaney's return on February 5, 2007, to permit consultation with government counsel with respect to the sentencing issues, and to permit adequate time for Ms. Delaney to submit the government's position to the court.

**IT IS SO STIPULATED**.

Dated: January 25, 2007         /S/Carolyn Delaney
                                CAROLYN DELANEY
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated: January 25, 2007         /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JASON S. WILKISON


**O R D E R**

The above stipulation by the parties is hereby accepted.  The above case shall be calendared for judgment and sentencing on February 22, 2007, at 9:30 a.m. on this court's regular criminal calendar.

**IT IS SO ORDERED.**

                                By the Court,


Dated: January 26, 2007
                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

Stipulation and Order
Modifying Schedule              2