```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-0317 LKK |
| ) | |
| Plaintiff, ) | ORDER RECOMMENDING INSTITUTION TO |
| ) | BE DESIGNATED |
| v. ) | |
| ) | |
| JASON WILKISON, ) | Judge:  Hon. Lawrence K. Karlton |
| ) | (In Chambers) |
| Defendant. ) | |
| _____ ) | |

**WHEREAS** Defense counsel was granted leave to submit a post-sentencing request for a judicial recommendation regarding designation of an institution for service of the 60 day sentence imposed in the above case; and

**WHEREAS** the defense has requested that the court recommend to the Bureau of Prisons that the Yuba County Jail be so designated;

/ / / /

/ / / /

/ / / /

**THEREFORE**, the court directs that the judgment and commitment order reflect the judicial recommendation that the Yuba County Jail be

designated as the institution for service of the sentence of imprisonment.

**IT IS SO ORDERED.**

By the Court,

Dated: May 29, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order re: judicial recommendation                2