1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JASON WILKISON
7

8
                IN THE UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 2:04-cr-317 LKK
                                  )
12              Plaintiff,        )   ORDER EXTENDING TIME FOR
                                  )   SURRENDER AND SETTING NEW
13       v.                       )   SURRENDER DATE
                                  )
14 JASON WILKISON,                )   Date:  July 2, 2007
                                  )   Judge: Hon. Lawrence K. Karlton
15              Defendant.        )          (In Chambers)
                                  )
16 _____ )

17

18       WHEREAS, Defendant Jason Wilkison, by his court-appointed counsel, the Office of the

19 Federal Defender, and Assistant Federal Defender, Jeffrey L. Staniels, is requesting an order

20 extending the date by which he must surrender to serve the sentence of 60 days imprisonment

21 imposed by this court, and

22       WHEREAS, at the time of sentencing the court set July 3, 2007, as the date for self-

23 surrender, and

24       WHEREAS, defense counsel advises that as of July 2, 2007, the U.S. Marshal confirms that

25 no designation has been received, and the local Community Corrections Manager confirms that no

26 designation of an institution has been made by the Bureau of Prisons, and

27       WHEREAS, defense counsel advises that he has conferred with government counsel,

28 Executive Assistant U.S. Attorney Carolyn Delaney, who has stated that she does not oppose the

granting of this motion for an extension of time for self surrender.

      THEREFORE, the request for an extension of time to self-surrender is hereby GRANTED. Defendant is ordered to surrender at the designated institution or to the U.S. Marshal in this courthouse on July 31, 2007, not later than 2:00 p.m.

      IT IS SO ORDERED

                    By the Court,

DATE: July 2, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT