DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILKISON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:04-cr-317 LKK |
| Plaintiff, | ) ) ) | ORDER EXTENDING TIME FOR SURRENDER AND SETTING NEW SURRENDER DATE |
| v. | ) ) | |
| JASON WILKISON, | ) ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) ) | |
| _____ | ) | |

    WHEREAS, Defendant Jason Wilkison, by his court-appointed counsel, the Office of the Federal Defender, and Assistant Federal Defender, Jeffrey L. Staniels, is requesting an order extending the date by which he must surrender to serve the sentence of 60 days imprisonment imposed by this court, and

    WHEREAS, in a previous order the Court set July 31, 2007, as the date for self-surrender, and;

    WHEREAS, defense counsel advises that as of July 26, 2007, the U.S. Marshal confirms that no designation has been received, and

    WHEREAS, defense counsel advises that he has conferred with government counsel, Executive Assistant U.S. Attorney Carolyn Delaney, who has stated that she does not oppose the granting of this motion for an extension of time for self surrender.

1  THEREFORE, the request for an extension of time to self-surrender is hereby GRANTED.
2  Defendant is ordered to surrender at the designated institution or to the U.S. Marshal in this
3  courthouse on August 20, 2007, not later than 2:00 p.m.
4      IT IS SO ORDERED
5          By the Court,
6
7  DATE: July 30, 2007

        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

2