```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON WILKISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0317 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE RE: SUPERVISED |
| v. | ) | RELEASE PETITION |
| | ) | |
| JASON WILKISON, | ) | Date:  January 5, 2010 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the Status Conference regarding Mr. Wilkison's compliance with The terms of supervised release be continued from August 25, 2009, until January 5, 2010, at 9:15 a.m.

This continuance is jointly requested by the parties. Undersigned counsel for Mr. Wilkison has conferred with the Probation Officer, who reports that Mr. Wilkison's testing results show that he has been in

1  compliance with the term of supervised release prohibiting improper use
2  of controlled substances since his last court appearance on May 26,
3  2009.  The Probation Officer, Michael Sipe, agrees that a continuance
4  until January 5, 2010, to permit him to continue to monitor Mr.
5  Wilkison's  continued compliance with conditions of supervised release
6  would be appropriate.
7      **IT IS SO STIPULATED**.
8
9  Dated: August 24, 2009      /S/Heiko Coppola
                                                HEIKO COPPOLA
10                                              Assistant United States Attorney
                                                Counsel for Plaintiff
11
12
13 Dated: August 24, 2009      /S/ Jeffrey L. Staniels
                                                JEFFREY L. STANIELS
                                                Assistant Federal Defender
14                                              Attorney for Defendant
                                                JASON S. WILKISON
15
16
17     **O R D E R**
18     The above stipulation by the parties is hereby accepted.  The
   above case shall be calendared for status conference on January 5,
19 2010, at 9:15 a.m. on this court's regular criminal calendar.
20     **IT IS SO ORDERED.**
21         By the Court,
22
23
24 Dated: August 24, 2009
                                                /s/ Lawrence K. Karlton
25                                              LAWRENCE K. KARLTON
                                                SENIOR JUDGE
26                                              UNITED STATES DISTRICT COURT
27
28

Stipulation and Order
Continuing Case                    2