DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON WILKISON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0317 LKK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: SUPERVISED |
| v. | ) | RELEASE PETITION |
| JASON WILKISON, | ) ) | Date:  January 5, 2010 Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON S. WILKISON, that the Status Conference regarding Mr. Wilkison's compliance with the terms of supervised release be continued from January 5, 2010 to July 12, 2010, at 9:15 a.m.

This continuance is jointly requested by the parties. Undersigned counsel for Mr. Wilkison has conferred with the Probation Officer, who reports that Mr. Wilkison's testing results show that he continues to

1  be in compliance with the term of supervised release, and particularly
2  with the term prohibiting improper use of controlled substances, since
3  his last court appearance on May 26, 2009.  The Probation Officer,
4  Michael Sipe, agrees that a continuance until July 12, 2010, to permit
5  him to continue to monitor Mr. Wilkison's continued compliance with
6  conditions of supervised release would be appropriate.

7  **IT IS SO STIPULATED**.

9  Dated: January 4, 2010          /S/Heiko Coppola
                                   HEIKO COPPOLA
10                                 Assistant United States Attorney
                                   Counsel for Plaintiff

13  Dated: January 4, 2010         /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
14                                 Attorney for Defendant
                                   JASON S. WILKISON

**O R D E R**

18  The above stipulation by the parties is hereby accepted.  The
19  above case shall be calendared for status conference on July 5, 2010,
20  at 9:15 a.m. on this court's regular criminal calendar.

21  **IT IS SO ORDERED.**

22                          By the Court,

24  Dated: January 5, 2010

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT